UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIGHORN CAPITAL, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>SECURITY NATIONAL GUARANTY, INC., AND DOES 1 TO 10,<br><br>    Defendants. | Case No: C 15-3083 SBA<br><br>**ORDER WITHDRAWING REFERENCE AND DENYING DEFENDANT'S MOTION TO SHORTEN TIME** |

The Court's Order of Reference (Dkt. 30) and the reference to Magistrate Judge Ryu are withdrawn with respect to Defendant's Motion to Expunge Lis Pendens (Dkt. 9) and related Motion to Shorten Time (Dkt. 17). Defendant's Motion to Shorten Time is DENIED. This Order terminates Docket 17.

IT IS SO ORDERED.

Dated: 7/21/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge