UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIGHORN CAPITAL, INC.,<br><br>   Plaintiff,<br><br>   vs.<br><br>SECURITY NATIONAL GUARANTY, INC., AND DOES 1 TO 10,<br><br>   Defendants. | Case No:  C 15-3083 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 32, 9 |

Pursuant to Civil Local Rule 6-3(d), Defendant shall file its response to Plaintiff's Motion to Enlarge Time Pursuant to Civil L.R. 6-3 and to Open Discovery (Dkt. 32) by no later than **July 24, 2015**.  Plaintiff shall file a reply thereto, not to exceed two (2) pages, by no later than **July 27, 2015**.  The August 20, 2015 hearing date on Defendant's Motion to Expunge Lis Pendens (Dkt. 9) is VACATED, and briefing on said motion shall be held in ABEYANCE pending the Court's resolution of Plaintiff's Motion to Enlarge Time.

IT IS SO ORDERED.

Dated:  7/22/15

SAUNDRA BROWN ARMSTRONG
United States District Judge