**ZFATY | BURNS**
Isaac R. Zfaty, State Bar No. 214987
irz@zfatyburns.com
3 Park Plaza, Suite 780
Irvine, CA 92614
Telephone:  (949) 398-8080
Facsimile: (949) 398-8081

Attorneys for Defendant SECURITY
NATIONAL GUARANTY INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BIGHORN CAPITAL, INC,<br><br>    Plaintiff,<br><br>  v.<br><br>SECURITY NATIONAL GUARANTY, INC,<br>AND DOES 1 TO 10<br><br>   Defendants | Case No.: 4:15-cv-03083-SBA<br><br>Honorable Saundra B. Armstrong<br>Courtroom F<br><br>**NOTICE RE: SUBMITTED MATTERS<br>PURSUANT TO LOCAL RULE 7-13** |

ZFATY | BURNS
3 PARK PLAZA, SUITE 780
IRVINE
CALIFORNIA 92614
(949) 398-8080

NOTICE RE: SUBMITTED MATTERS – CASE NO.: 4:15-cv-03083-SBA

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**Pursuant to Local Rule 7-13** Defendant Security National Guaranty, Inc. ("SNG") respectfully submits the following:

1. On or about July 2, 2015, this lawsuit was filed by Bighorn Capital Inc. ("Bighorn") against SNG for, inter alia, specific performance.  (Docket Entry No. 1)

2. On or about July 2, 2015, Bighorn recorded a lis pendens against the certain real property, as described in the complaint.  (Docket Entry No. 5)

3. On or about July 13, 2015, SNG filed a motion to expunge, which was initially set to be heard on August 20, 2015.  (Docket Entry No. 9)

4. On or about July 17, 2015, the matter was transferred to this Court. (Docket Entry No. 24)

5. On or about July 22, 2015, Bighorn filed a motion to expand discovery and to continue SNG's motion to expunge.  (Docket Entry No. 32)

6. On or about July 22, 2015, this Court set a briefing schedule and ordered the motion to expunge lis pendens held in abeyance.  (Docket Entry No. 35)

7. That briefing schedule was complied with, and the matter is fully briefed.

8. As a result of the Court ordering the Motion to Expunge Lis Pendens "in abeyance," SNG has not re-noticed the hearing on the motion to expunge, but instead, has waited pursuant to the Court's ruling that the motion was to be held.

9. Whereas, for the reasons set forth in the Motion to Expunge, the lis pendens is improper, and if it is not expunged immediately, SNG will lose the property.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

NOTICE RE: SUBMITTED MATTERS – CASE NO.: 4:15-cv-03083-SBA

Wherefore, SNG respectfully requests that this Court set a hearing date and a briefing schedule on the motion to expunge so that SNG may have proper due process on the lis pendens, before it loses the property that is the subject of the motion.

Dated: July 14, 2015                          ZFATY | BURNS


                                             /s/ Isaac R. Zfaty_____
                                             ISAAC R. ZFATY
                                             Attorneys for Defendant SECURITY
                                             NATIONAL GUARANTY INC.

ZFATY | BURNS
3 PARK PLAZA, SUITE 780
IRVINE
CALIFORNIA 92614
(949) 398-8080

- 3 -
NOTICE RE: SUBMITTED MATTERS – CASE NO.: 4:15-cv-03083-SBA