1  DANIEL W. BALLESTEROS - BAR# 142003
   dan.ballesteros@hogefenton.com
2  MOLLY A. SUNDSTROM - BAR# 289922
   molly.sundstrom@hogefenton.com
3  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
4  San Jose, California 95113-2396
   Phone: (408) 287-9501
5  Fax:  (408) 287-2583

6
   Attorneys for Plaintiff
7  BIGHORN CAPITAL, INC.

8

9              IN THE UNITED STATES DISTRICT COURT

10
               NORTHERN DISTRICT OF CALIFORNIA
11

12 | BIGHORN CAPITAL, INC.            | No. 4:15-cv-03083-SBA
13 |        Plaintiff,                | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**
14 |    vs.                           |
15 | SECURITY NATIONAL GUARANTY, INC., AND DOES 1 TO 10, |
16 |        Defendants.               |
17

18

19      IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

20 respective counsel that the above-captioned action is voluntarily dismissed, without prejudice

21 against the defendant, Security National Guaranty, Inc., pursuant to the Federal Rules of Civil

22 Procedure Rule 41(a)(1)(A)(ii), each party to bear its own fees and costs.

23 SO STIPULATED:

24
25      DATED:  June 6, 2016              _____
                                          Daniel W. Ballesteros
26                                        Attorneys for Plaintiff
                                          BIGHORN CAPITAL, INC.
27

28

1
2  DATED: ~~tty~~ June 2, 2016            [signature] PNB for JRZ
3                                          Isaac R. Zlaty
                                           Attorneys for Defendant
4                                          SECURITY NATIONAL GUARANTY, INC.
5
6  IT IS SO ORDERED:
7
8  DATED: June 7, 2016                    [signature] Saundra B Armstrong
                                           HON. SAUNDRA BROWN ARMSTRONG
9                                          Senior United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)                         [Case No. 4:15-cv-03083-SBA]